NUMBER 13-03-350-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG







JOSE LUIS DE LA GARZA
, Appellant,


v.



THE STATE OF TEXAS, Appellee.






On appeal from the 197th District Court of Cameron County, Texas.





CONCURRING MEMORANDUM OPINION



Before Justices Yañez, Castillo, and Garza


Concurring Memorandum Opinion by Justice Castillo


 

 Assuming without deciding that appellant Jose Luis De La Garza has the right
to appeal under Texas Rule of Appellate Procedure 25.2(a)(2)(B), I concur with the
result the majority opinion reaches. In particular, I rely on Hatten v. State, 71 S.W.3d
332 (Tex. Crim. App. 2002) to reach the same result in the resolution of the first,
second, and third issues presented. Regarding the fourth issue presented, I conclude
that the trial court substantially complied with article 26.13 admonishments, orally and
in writing, even though not required to do so. Johnson v. State, 614 S.W.2d 116,
120 n.1 (Tex. Crim. App. 1981) (en banc). Further, De La Garza has not shown harm. 
Tex. R. App. P. 44.2. 


 ERRLINDA CASTILLO

 Justice


Do not publish.

Tex. R. App. P. 47.2(b).


Concurring Memorandum Opinion delivered 

and filed this 9th day of June, 2005.